IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT E. ALEXANDER,

    Plaintiff,

v.

MARIE SVEC, RON WILLIAMS and
DARRELL ALDRICH,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-808-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to prosecute.

By: *[signature]*, Deputy Clerk      1-4-2013

Peter Oppeneer, Clerk of Court      Date